DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRIMIDUS MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2728

[November 22, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562001CF001003A.

Trimidus Miller, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***